IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | No. 07-cv-328 JPG-CJP |
| JLR CONCRETE SERVICE, INC., JEFF RAMAGE, individually, and JULIE RAMAGE, individually, ) ) ) ) | |
| Defendants. ) | |

## ORDER

CAUSE COMES BEFORE THE COURT on this Court's Order to Show Cause (Doc. 22), Plaintiff's Response to the Order to Show Cause (Doc. 25) and Motion for Extension of Time to File a Supplement to the Motion for Default Judgment (Doc. 26). For good cause shown, and with the Court being fully advised in the premises;

IT IS HEREBY ORDERED, that the Order to Show Cause (Doc. 22) is **DISCHARGED** as plaintiffs have adequately demonstrated to the Court the reasoning for their failure to file the Supplement to the Motion for Default Judgment. Further, pursuant to the assertions set forth by plaintiffs, the audit of defendants' payroll records and books is not completed, but is currently underway. Therefore, Plaintiffs' Motion for Extension of Time to File a Supplement to the Motion for Default Judgment (Doc. 26) is **GRANTED**. Plaintiffs shall have until May 7, 2008, to file a Supplement to the Motion for Default Judgment.

**IT IS SO ORDERED.**
**DATED: March 24, 2008**

s/ J. Phil Gilbert
**J. PHIL GILBERT, DISTRICT JUDGE**