IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, | ) |
|---|---|
| Plaintiffs, | ) |
| vs. | ) No. 07-cv-328 JPG-CJP |
| JLR CONCRETE SERVICE, INC., JEFF RAMAGE, individually, and JULIE RAMAGE, individually, | ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

This matter having come before the Court, the defendant having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiff Trustees of Central Laborers' Pension, Welfare & Annuity Funds and against defendants JLR Concrete Service, Inc., Jeff Ramage and Julie Ramage in the amount of twenty thousand, eight hundred ninety-eight dollars and eighty-two cents ($20,898.82) plus two thousand, thirty dollars and ninety-one cents ($2,030.91) in attorney's fees and court costs for a total judgment of twenty-two thousand, nine hundred twenty-nine dollars and seventy-three cents ($22,929.73).

NORBERT JAWORSKI, CLERK

Date: September 18, 2008          s/Brenda K. Lowe, Deputy Clerk


Approved:   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**